UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WILFILS PIERRE
Plaintiff(s),

v.

DAVID WESLING, ANTONE MONIZ, DAVID VENTURELLA, MARKWAYNE MULLIN, and TODD BLANCHE
Defendant(s).

Civil Action No. 26-14109-JEK

# JUDGMENT

**KOBICK, D.J.**

☐ Jury Verdict. This action came before the court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☒ Decision by the Court: In accordance with the Court's Electronic Order dated September 15, 2026, [ECF 8], granting the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241

**IT IS ORDERED AND ADJUDGED:**

Judgment for the Petitioner Wilfils Pierre.

Dated: October 1, 2026

/s/ Haley Currie
Deputy Clerk