UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILFILS PIERRE,<br><br>Petitioner,<br><br>v.<br><br>DAVID WESLING, et al.<br><br>Respondents. | Case No. 1:26-cv-14109 |

**EMERGENCY MOTION TO ENFORCE JUDGMENT**

Petitioner Wilfils Pierre ("Petitioner" or "Mr. Pierre") respectfully requests that the Court enforce its Order dated September 16, 2026, granting Mr. Pierre's Petition for Writ of Habeas Corpus and ordering that he receive a bond hearing that complied with the First Circuit's ruling in *Hernandez-Lara v. Lyons*, 10 F.4th 19 (1st Cir. 2021). Doc. No. 8. As explained in the accompanying memorandum, Mr. Pierre attended a bond hearing at the Chelmsford Immigration Court on September 22, 2026, wherein the Immigration Judge ("IJ") denied his application for bond. *See* Memorandum of Law. Petitioner's bond hearing did not comply with *Hernandez-Lara* or due process requirements under the Fifth Amendment because (1) the government failed to satisfy its burden by proving by clear and convincing evidence that Mr. Pierre is a danger; (2) the police report and Mr. Pierre's sole charge could not have support the denial of bond as a matter of law; (3) the IJ's exercise of discretion in denying bond was arbitrary such that it violated due process; and (4) the IJ failed to meaningfully consider alternatives to detention.

To remedy the Respondents' repeated violation of Mr. Pierre's due process rights, Mr. Pierre respectfully requests that this Court order his immediate release. Alternatively, Mr. Pierre

asks for the District Court, pursuant to its equitable powers, to release him on alternatives to detention such as GPS monitoring, hold its own bond hearing, instruct the Immigration Court to hold a new bond hearing that complies with this Court's original Order, or grant any other relief that the Court sees fit.

Respectfully submitted,

*/s/ Julia Ciachurski*
Julia Ciachurski
BBO# 709052
PAIR Project
98 N. Washington Street, Suite 106
Boston, MA 02114
(949) 610-3633; jciachurski@pairproject.org

*Pro Bono Counsel for Petitioner*

Dated: October 20, 2026

**LOCAL RULE 7.1 CERTIFICATION**

I, Julia Ciachurski, hereby certify that pursuant to L.R. 7.1(a)(2), I attempted to communicate with Respondents' counsel, who did not provide a position on the Motion.

Dated: October 20, 2026

*/s/ Julia Ciachurski*
Julia Ciachurski

## CERTIFICATE OF SERVICE

I, Julia Ciachurski, certify that on this 20th day of October, 2026, I caused a copy of the foregoing Petition to be served on Respondents' counsel via the CM/ECF platform.

*/s/ Julia Ciachurski*
Julia Ciachurski